MAY 29, 1961.

No. 551.  GINSBURG *v.* GINSBURG ET AL., 364 U. S. 934. Motion to vacate order denying petition for writ of certiorari and for leave to file amendment to petition is denied.

No. 676, Misc.  JORDAN *v.* MICHIGAN.  Motion for leave to file petition for writ of habeas corpus and other relief denied.  Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 878, Misc.  SMITH *v.* NEW MEXICO.  Motion for leave to file petition for writ of habeas corpus denied.

No. 849.  CRAMP *v.* BOARD OF PUBLIC INSTRUCTION OF ORANGE COUNTY.  Appeal from the Supreme Court of Florida.  Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits.  *Tobias Simon* for appellant.  *J. R. Wells* for appellee.

No. 729.  JOHNSON *v.* WASHINGTON.  Supreme Court of Washington.  Certiorari denied.  *Clifford Hoof* and *David W. Harris* for petitioner.  *William L. Paul, Jr.* for respondent.

No. 806.  DEPARTMENT & SPECIALTY STORE EMPLOYEES' UNION, LOCAL 1265, R. C. I. A., AFL–CIO, *v.* BROWN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS

BOARD. C. A. 9th Cir. Certiorari denied. *Roland C. Davis* and *S. G. Lippman* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 894. BATISTIC *v.* PILLIOD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 815. GROSS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Donald N. Murtha* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 897. KEARNEY ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Michael M. Kearney* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.

No. 904. DEAUVILLE REALTY Co., INC., ET AL. *v.* TOBIN ET AL. Supreme Court of Florida. Certiorari denied. *Donald S. Dawson* for petitioners.

No. 819. CORY CORPORATION ET AL. *v.* SAUBER. C. A. 7th Cir. Motion to use the record in No. 436, October Term, 1959, granted. Certiorari denied. *Edwin A. Rothschild* and *Stanford Clinton* for petitioners. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for respondent.